NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

ATTORNEY(S) FOR: Plaintiffs Kaylee Browning and Sarah Basile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE BROWNING & SARAH BASILE, on behalf of themselves & all others similarly situated, Plaintiff(s), v. UNILEVER UNITED STATES, INC., Defendant(s) | CASE NUMBER: 8:16-cv-2210 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs Kaylee Browning and Sarah Basile
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Kaylee Browning | 1. Plaintiff |
| 2. Sarah Basile | 2. Plaintiff |
| 3. Unilever United States, Inc.. | 3. Defendant |

December 16, 2016                          /s/ L. Timothy Fisher
Date                                               Signature

Attorney of record for (or name of party appearing in pro per):