# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-2210-AG(KESx) | Date | April 24, 2017 |
| Title | KAYLEE BROWNING, ET AL v UNILEVER UNITED STATES, INC | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lawrence Fisher | William Stern |

**Proceedings:**  1. SCHEDULING CONFERENCE
2. DEFENDANT UNILEVER UNITED STATES, INC'S MOTION TO DISMISS OR STAY CLASS ACTION COMPLAINT AND MOTION TO STRIKE [DKT 15]

Cause is called for hearing and counsel make their appearances. Motion is argued and taken under submission.

The Court sets the following dates:

Discovery Cutoff is August 6, 2018.

A Final Pretrial Conference is set for October 22, 2018, at 8:30 a.m. A Jury Trial is set for November 6, 2018 at 9:00 a.m. Court sets the length of the trial at 6 days.

Counsel stipulate to and the Court orders ADR Procedure No. 2.

Scheduling Order Specifying Procedures is signed and filed this date.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | lmb | |