**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-02210-AG-KESx                                     Date: March 13, 2018

Title: KAYLEE BROWNING, et al. v. UNILEVER UNITED STATES, INC.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     ORDER re Supplemental Memoranda Concerning Plaintiffs' Motion to Compel Production of Documents (Dkt. 49)

       On March 9, 2018, Plaintiffs filed a motion (the "Motion") seeking "a schedule, with concrete dates, by which Defendant shall be required to complete its document production." (Dkt. 49-3 [Joint Stipulation or "JS"] at 4.) Plaintiffs noticed the Motion for hearing on April 3, 2018, and request that the Court order Defendant to complete its production by April 6, 2018. (JS at 1, 4.) Defendant disputes that "hard [production] deadlines are necessary now that review … is underway," stating Defendant "will continue making its rolling productions." (JS at 8.) If, however, "the Court must set a deadline," then Defendant suggests April 27, 2018. (Id.)

       Local Rule 37-2.3 provides that "each party may file a [five page] supplemental memorandum of law not later than fourteen (14) days prior to the hearing date" on a discovery motion. Because the parties disagree about the timeline of Defendant's rolling production, the Court extends Local Rule 37-2.3's deadline until March 30, 2018, so that the parties can file supplemental briefing directly prior to the Motion's hearing addressing the status of that production. That briefing shall describe which portions of Defendant's production are complete and which remain outstanding. Defendant is encouraged to allocate sufficient resources to its document review so that it can report that few (if any) records are outstanding.

                                                                                                         Initials of Deputy Clerk JD