**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         treyda@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Yitzchak Kopel (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        ykopel@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNILEVER UNITED STATES, INC.<br><br>    Defendant. | Case No. 8:16-cv-2210-AG-KES<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE**<br><br>Date: n/a<br>Time: n/a<br>Courtroom: 10D<br><br>Hon. Andrew J. Guilford |

WHEREAS, on April 20, 2018, Defendant Unilever United States, Inc. ("Defendant") filed a motion for summary judgment ("Defendant's MSJ") (ECF No. 61) and noticed the motion's hearing date for May 21, 2018;

WHEREAS, Plaintiffs intend to file a motion pursuant to Fed. R. Civ. P. 56(d) requesting that the Court deny or defer consideration of Defendant's MSJ ("56(d) Motion");

WHEREAS Plaintiffs also intend to file an *ex parte* motion staying the briefing schedule for Defendant's MSJ pending the Court's consideration of Plaintiffs' 56(d) Motion;

WHEREAS, Defendant intends to oppose both of Plaintiffs' requests;

WHEREAS, the Parties agreed, independent of these issues, to extend the hearing date for Defendant's MSJ by two weeks to June 4, 2018, pursuant to L.R. 7-11;

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiffs' deadline to oppose Defendant's MSJ shall be extended from April 30, 2018, to May 14, 2018.
2. Defendant's deadline to reply in support of its MSJ shall be extended from May 7, 2018, to May 21, 2018.
3. The hearing for Defendant's MSJ shall, subject to Court availability, be changed from May 21, 2018, to June 4, 2018.

IT IS SO STIPULATED.

Dated:  April 24, 2018              **BURSOR & FISHER, P.A.**

By:  _/s/ Yitzchak Kopel_
　　　　Yitchak Kopel

Scott A. Bursor (State Bar No. 276006)
Yitzchak Kopel (admitted pro hac vice)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163

E-Mail: scott@bursor.com
ykopel@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
jsmith@bursor.com
treyda@bursor.com

*Counsel for Plaintiffs*

Dated:  April 24, 2018

WILLIAM L. STERN
CLAUDIA MARIA VETESI
VIRGINIA M. CHOI
LUIS GABRIEL HOYOS
MORRISON & FOERSTER LLP

By: /s/ *Virginia M. Choi*
Virginia M. Choi

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Yitzchak Kopel*
Yitzchak Kopel