UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 16-2210-AG (KESx) Date June 20, 2018

Title Kaylee Browning, et al. v. Unilever United States, Inc.

Present: The Honorable Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | CS 6/20/18 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Yitz Kopel | Virginia Choi<br>Claudia Vetesi |

**Proceedings:** Telephonic Discovery Conference

Case is called. Counsel state their appearances telephonically. Court and counsel confer. The Court states is rulings on the record.

Defendant shall lodge with the Court documents for in camera review on or before Tuesday, June 26, 2018.

00 : 27

Initials of Clerk JD