1    WILLIAM L. STERN (CA SBN 96105)
     WStern@mofo.com
2    CLAUDIA M. VETESI (CA SBN 233485)
     CVetesi@mofo.com
3    LUIS GABRIEL HOYOS (CA SBN 313019)
     LHoyos@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000
6    Facsimile: 415.268.7522

7    VIRGINIA MARCELA CHOI (CA SBN 294659)
     Vchoi@mofo.com
8    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard
9    Los Angeles, California  90017-3543
     Telephone: 213.892.5200
10   Facsimile: 213.892.5454d

11   Attorneys for Defendant
     UNILEVER UNITED STATES, INC.
12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                  SOUTHERN DIVISION

16

| | |
|---|---|
| 17  KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and 18  all others similarly situated, <br><br> 19              Plaintiffs, <br><br> 20       v. <br><br> 21  UNILEVER UNITED STATES, INC., <br><br> 22              Defendant. | Case No. 8:16-CV-2210-AG-KES <br><br> **DEFENDANT UNILEVER UNITED STATES, INC.'S CONDITIONAL OPPOSITION TO THE APPLICATION OF JOSHUA D. ARISOHN'S TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** <br><br> Judge:      Hon. Andrew J. Guilford <br> Ctrm:       Courtroom 10D <br><br> Action filed:   December 16, 2016 |

24

25

26

27

28

1    Defendant Unilever United States, Inc. does not oppose the Court's granting

2    of Mr. Joshua D. Arisohn's application to appear *pro hac vice* in this matter.  The

3    condition:  As a member of the New York bar, Mr. Arisohn may not be familiar

4    with this Court's "Civility Guidelines," which advise: "Schedule depositions

5    reasonably.  Respond to inquiries for dates within a reasonable time and on

6    reasonable terms. Make good-faith efforts to accommodate the schedules of other

7    parties, counsel, and witnesses. Delay or cancel depositions only with good cause

8    and as much notice as practicable."

9    (http://www.cacd.uscourts.gov/sites/default/files/documents/AG/AD/OCBA%20Ci

10   vility%20Guidelines%202016.pdf).

11   Defendant points this out because just hours after filing the Application, ECF

12   No. 49, Defendant asked Mr. Arisohn if he would be amenable to starting four

13   depositions of Unilever's employees at 9:00 a.m., instead of 10:00  a.m., to

14   accommodate their schedules (the depositions will take place at his office in

15   midtown Manhattan and all of the witnesses are traveling from Connecticut or New

16   Jersey).  Defendant accommodated the same request for the class representative's

17   deposition.  Mr. Arisohn responded, "You are free to arrive at 9 AM.  The

18   depositions will start at 10:00 AM" but gave no reason for saying no.

19

20   Dated:  June 27, 2018                    MORRISON & FOERSTER LLP

21

22                                            By:  _____/s/ *William L. Stern*_____

23                                                 WILLIAM L. STERN

24                                            Attorneys for Defendant
                                             Unilever United States, Inc.

25

26

27

28