UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-02210 AG (KESx) | Date | October 22, 2018 |
|---|---|---|---|
| Title | KAYLEE BROWNING ET AL. v. UNILEVER UNITED STATES, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

For reasons of calendar management and judicial economy, the Court CONTINUES the hearing on the Defendant's motion for summary judgment and motion to strike, currently set for October 29, 2018, to **December 3, 2018 at 10:00 a.m.**  (Dkt. Nos. 61, 116.)

: 0

Initials of Preparer     lmb