**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         treyda@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (admitted *pro hac vice*)
Yitzchak Kopel (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        jarisohn@bursor.com
        ykopel@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNILEVER UNITED STATES, INC.<br><br>Defendant. | Case No. 8:16-cv-2210-AG-KES<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  n/a<br>Time:  n/a<br><br>Judge:  Hon. Andrew J. Guilford |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

UPON CONSIDERATION of Plaintiffs' Application for Leave to File Documents Under Seal ("Application"), IT IS ORDERED that the Application be, and it is hereby, GRANTED.

Plaintiffs shall file under seal the following documents:

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiffs' Motion for Class Certification | Certain confidential portions:<br>• I:12-13;<br>• 1:19-20;<br>• 3:15-17;<br>• 6:3-7:6;<br>• 9:7-14;<br>• 9:18-10:3;<br>• 10:9-18;<br>• 22:19-23; and<br>• 23:7-15. |
| The Declaration of Dr. Mark S. Nestor, MD, PhD | Certain confidential portions:<br>• 6:13-14;<br>• 11:6-18;<br>• 11:21-12:9;<br>• 12:12-18; and<br>• Appendix 2 pages 1-2. |
| The Declaration of Dr. Bruce E. Catz in Support of Plaintiffs' Motion for Class Certification | Certain confidential portions:<br>• ¶ 21; and<br>• Appendix 2. |

| | |
|---|---|
| Exhibit 7 to the Declaration of Yitzchak Kopel in Support of Plaintiffs' Motion for Class Certification ("Kopel Decl.") | Entire Document |
| Exhibit 8 to the Kopel Declaration | Entire Document |
| Exhibit 10 to the Kopel Declaration | Entire Document |
| Exhibit 29 to the Kopel Declaration | Entire Document |
| Exhibit 37 to the Kopel Declaration | Entire Document |
| Exhibit 39 to the Kopel Declaration | Entire Document |
| Exhibit 41 to the Kopel Declaration | Entire Document |
| Exhibit 42 to the Kopel Declaration | Entire Document |
| Exhibit 44 to the Kopel Declaration | Entire Document |
| Exhibit 45 to the Kopel Declaration | Entire Document |
| Exhibit 46 to the Kopel Declaration | Entire Document |
| Exhibit 47 to the Kopel Declaration | Entire Document |
| Exhibit 48 to the Kopel Declaration | Entire Document |
| Exhibit 49 to the Kopel Declaration | Entire Document |
| Exhibit 50 to the Kopel Declaration | Entire Document |
| Exhibit 61 to the Kopel Declaration | Certain confidential portions:<br>• 51:1-22;<br>• 54:1-2;<br>• 59:17;<br>• 70:10-12;<br>• 70:16-25;<br>• 109:1-25;<br>• 113:1-25;<br>• 115:1-25;<br>• 118:1-15; |

| | |
|---|---|
| | - 122:1-25; and<br>- 204:1-25. |
| Declaration and Expert Report of J. Michael Dennis in Support of Plaintiffs Motion for Class Certification | Certain confidential portions:<br>- ¶¶ 20-73; and<br>- Attachments B-F. |
| Declaration of Colin B. Weir in Support of Plaintiffs Motion for Class Certification | - ¶ 12;<br>- Table 1;<br>- ¶¶ 26-35;<br>- ¶¶40-44;<br>- Table 2;<br>- ¶ 51; and<br>- Table 3. |

IT IS SO ORDERED.

Dated: October 24, 2018

_____
Honorable Andrew J. Guilford
U.S. District Court Judge