WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
CLAIRE C. BONELLI (CA SBN 317735)
CBonelli@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNILEVER UNITED STATES, INC.,

Defendant.

Case No. 8:16-CV-2210-AG-KES

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE**

Hon. Andrew J. Guilford
Courtroom 10D

Upon consideration of Plaintiffs Kaylee Browning and Sarah Basile ("Plaintiffs") and Defendant Unilever United States, Inc.'s ("Unilever") Joint Stipulation to Continue Hearing on Defendant's Motion for Summary Judgment and Motion to Strike, and good cause appearing, the Court hereby **APPROVES** the Parties stipulation and **ORDERS** AS FOLLOWS:

1. The hearing on Defendant's Motion for Summary Judgment and Motion to Strike shall be continued from December 3, 2018 to December 10, 2018, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:_October 25, 2018

Hon. Andrew J. Guilford
United States District Judge