WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
CLAIRE BONELLI (CA SBN 317735)
CBonelli@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

VIRGINIA MARCELA CHOI (CA SBN 294659)
Vchoi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNILEVER UNITED STATES, INC.,

Defendant.

Case No. 8:16-CV-2210-AG-KES

**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL DOCUMENTS AND INFORMATION SUBMITTED WITH DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Hon. Andrew J. Guilford

UPON CONSIDERATION of Defendant's Application to File Under Seal Documents and Information Submitted with Defendant's Opposition to Plaintiffs' Motion for Class Certification, Motion to Strike the Declaration of J. Michael Dennis, PhD, Motion to Strike the Declaration of Dr. Bruce E. Katz, and Motion to Strike the Declaration of Mark S. Nestor, MD, PHD, FAAD, IT IS ORDERED that the Application be, and it is hereby, GRANTED.

Defendant is authorized to file the following documents under seal:

| Document | Portions to Be Sealed |
|---|---|
| Defendant Unilever United States, Inc.'s Opposition to Plaintiffs' Motion for Class Certification | **Page:Line(s)**<br>2:8-13<br>2:20<br>2:21<br>2:22<br>3:22<br>4 (fn. 6)<br>4:14<br>4:15<br>4:23-24<br>4:24-5:3<br>8:7-8<br>10:22-23<br>12:23-25<br>12:27-13:4<br>15:9<br>15:17<br>15:19<br>16:6-11<br>16:15<br>16:17-18<br>17:3<br>17:10<br>17:15-21<br>17:22<br>18:1<br>18:2<br>18:3<br>18:5<br>18:15<br>18:17-19<br>18:20-24<br>19:21-24<br>19:25-28 |
| Declaration of Sarah Butler in Opposition to Plaintiffs' Motion for Class Certification | **Page:Line(s)**<br>3:9-14<br>3:16-17<br>3:24-4:-1 |

| | |
|---|---|
| | 4:3-4<br>5:11-17<br>5:27-6:3<br>7:28<br>8:2<br>9:21-10:3<br>10:6-18<br>11:2-18<br>12:2-25<br>13:1-17<br>13 (fn. 25)<br>14 (fn. 29<br>15:1-6<br>15:11-19<br>16:3-10<br>16:13-18<br>17:3-6<br>17:10-14<br>18:3-10<br>18:15-18<br>19:2-4<br>19:8-10<br>19:15-16<br>20:8<br>20:19-20<br>22:4<br>22:16-18<br>22 (fn. 38)<br>23:6-7<br>23:10<br>23:15-18<br>24:14-25<br>25:11-16<br>26:1-7<br>28:3-5<br>28:7-15<br>30:2-6<br>30:12-17<br>31:16-24<br>32:19-33:3<br>33:5-13<br>33:17<br>33:21-22<br>34:5-8<br>37:6-10<br>37:14<br>39:17-19<br>40:1-2<br>40:11-28<br>41:1-6<br>41:8<br>41:10<br>41:12<br>41:16-21<br>42:13-15 |

| | |
|---|---|
| | 42:26-43:2 |
| Declaration of Kenneth Serwin Ph.D. in Opposition to Plaintiffs' Motion for Class Certification | **Page:Line(s)**<br>8:3-6<br>8:10-13<br>8:18-19<br>9:8-12<br>9:13-14<br>9:16<br>9:17-18<br>10:1-2<br>11:2-7<br>11:8-12<br>11:13-14<br>11:20-22<br>13:5-8<br>13:12-13<br>14:13-17<br>14 (fn. 33)<br>15:18-19<br>15:22<br>16:1-4<br>16:5-6<br>16:10<br>16:13<br>17:4-6<br>17:16-18<br>18:6-9<br>20:1-3<br>20:16-21:3<br>21:9-13<br>21:14<br>21:16-20<br>22:1-3<br>22:9-10<br>22:12-13<br>23:6-8<br>24:9-14 |
| Declaration of William Stebbins, MD in Opposition to Plaintiffs' Motion for Class Certification | **Page:Line(s)**<br>1:22<br>2:19<br>2:20<br>2:23<br>6 n.4<br>7 n.7<br>10:3-4<br>11:14<br>13:13<br>13:24<br>13 (fn.25)<br>14:1<br>14:16<br>15:15<br>22:1-2<br>22:6-7<br>22:10 |

| | |
|---|---|
| | 22:16<br>22:18<br>22:21<br>23:13-14<br>23:15<br>24:6-8<br>24:15-16<br>24:23<br>25:1<br>27 (fn.50)<br>28:15<br>28:18-19<br>29:9-11<br>29:12-14 |
| Defendant Unilever United States, Inc.'s Motion to Strike the Declaration of J. Michael Dennis, PhD | **Page:Line(s)**<br>1:13-14<br>1:19-21<br>1:24<br>1:27-28<br>3:3-5:24<br>5:26-6:4<br>6:8-10<br>6:13-15<br>8:12-13<br>8:23-9:3<br>9:4-5<br>9:5-6<br>9:7-8<br>9:9<br>9:15-16<br>9:19-22<br>10:1-2<br>10:5-6<br>10:12-21<br>10:23-27<br>11:3-4<br>11:5-7<br>11:12-14<br>11:18<br>12:9-11<br>12:24<br>12:28<br>14:26-28<br>15:1-5<br>15:11-16<br>15:17-18<br>16:11-13<br>16:14-16<br>16:18-22<br>17:15-16<br>17:17-21<br>17:24-26<br>18:24-27<br>19:1-5 |

| | |
|---|---|
| | 19:10-11<br>19:23-24<br>19:25-26 |
| Defendant Unilever United States, Inc.'s Motion to Strike the Declaration of Dr. Bruce E. Katz, MD | **Page:Line(s)**<br>2:13<br>2:16<br>2: 24<br>2:28<br>3:1<br>3:2<br>3:6-7<br>3:7-8<br>3:12<br>3:16-17<br>6:4<br>6:7-8<br>6:10-12<br>6:13-14<br>6:17-22<br>6:24-25<br>6:27<br>6:28 |
| Defendant Unilever United States, Inc.'s Motion to Strike the Declaration of Mark S. Nestor, MD, PHD, FAAD | **Page:Line(s)**<br>2:24<br>2:27<br>3:5<br>3:19-20<br>3 (fn. 2)<br>4:2<br>4:3<br>4:4-5<br>4:8<br>4:16-17<br>7:23-24<br>7:25<br>7:26-28<br>7:7-8<br>8:11-12<br>8:13-14<br>8:19<br>9:14-15<br>9:16<br>10:4<br>10:5-7<br>10:20-21<br>10:25-27<br>12:6-12 |
| **Exhibit H** to the Stern Declaration<br>Excerpts and Exhibit 22 from July 9, 2018 Suzanne Palentchar deposition transcript | 112:2-8<br>113:4-6<br>113:19-25<br>**Exhibit 22 in entirety** |

| | |
|---|---|
| **Exhibit I** to the Stern Declaration<br>Excerpts from Dr. Bruce Katz's October 29, 2018 deposition transcript | **Entire Document** |
| **Exhibit J** to the Stern Declaration<br>Excerpts from Dr. J. Michael Dennis's October 30, 2018 deposition transcript | **Entire Document** |
| **Exhibit K** to the Stern Declaration<br>Excerpts from Dr. Mark Nestor's October 31, 2018 deposition transcript | **Entire Document** |
| **Exhibit L** to the Stern Declaration<br>Excerpts from Colin Weir's October 29, 2018 deposition transcript | **Entire Document** |
| **Exhibit D** to the Stern Declaration<br>VISIA photographs from Dr. Nestor's study, Bates No. Plaintiffs_002350 | **Entire Document** |
| **Exhibit E** to the Stern Declaration<br>VISIA photographs from Dr. Nestor's study, Bates No. Plaintiffs_002356 | **Entire Document** |
| **Exhibit F** to the Stern Declaration<br>VISIA photograph from Dr. Nestor's study, Bates No. Plaintiffs_002368 | **Entire Document** |
| Declaration of William Stebbins, MD in Opposition to Plaintiffs' Motion for Class Certification<br>VISIA photographs from Dr. Nestor's study, Bates Nos. Plaintiffs_002349, Plaintiffs_002355, Plaintiffs_002367. | **Page:Line**<br>16:1-10 |

IT IS SO ORDERED.

Dated: November 14, 2018.

The Hon. Andrew J. Guilford