UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KAYLEE BROWNING and SARAH BASILE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No. 8:16-CV-2210-AG-KES<br><br>**JUDGMENT**<br><br>The Hon. Andrew J. Guilford |

| | |
|---|---|
| 1 | The Court hereby enters judgment in favor of Defendant Unilever United |
| 2 | States, Inc. ("Unilever") and against Plaintiffs Kaylee Browning and Sarah Basile |
| 3 | ("Plaintiffs") for the reasons described in the Court's Order Granting Unilever's |
| 4 | Motion for Summary Judgment (ECF No. 183), following which there are no |
| 5 | remaining claims at issue in this case. |
| 6 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment |
| 7 | is entered in favor of Defendant and against Plaintiffs. Plaintiffs take nothing from |
| 8 | this action, and Defendant may seek to recover its costs pursuant to Federal Rule of |
| 9 | Civil Procedure 54(d). |

Dated: January 9, 2019

_____
The Hon. Andrew J. Guilford