UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| KAYLEE BROWNING; SARAH BASILE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNILEVER UNITED STATES, INC., <br><br> Defendant-Appellee. | No. 19-55078 <br><br> D.C. No. 8:16-cv-02210-AG-KES <br> Central District of California, Santa Ana <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' unopposed motion to maintain under seal portions of volume 2 of the supplemental excerpts of record (Docket Entry No. 36) is granted. Within 14 days after the date of this order, appellee shall submit a redacted volume 2 of the supplemental excerpts of record for public filing that redacts (a) those portions of volume 2 of the supplemental excerpts of record identified in Part II of appellee's motion to seal (Docket Entry No. 14), and (b) those portions of volume 2 of the supplemental excerpts of record identified in appellants' unopposed motion to maintain the seal (Docket Entry No. 36).

The existing briefing schedule shall continue in effect.